IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, :

    Plaintiff :

    v. : CIVIL NO. AMD-97-4176

DEBORAH D. WEST, :

    Defendant :

GRACE WEST APARTMENTS :
ATTN: MICHELE MOSCHETTO
P. O. BOX 327 :
WEST ORANGE, NJ 07052,
     :
    Garnishee

### ORDER TO STAY GARNISHMENT

It is this 2d day of October, 2002, by the United States District Court for the District of Maryland,

    ORDERED:

    1. That the garnishment is hereby stayed until March 1, 2003 in order to determine the ability of the defendant to make regular monthly payments as required.

    2. That the Clerk of the Court shall send copies of this order to all counsel of record.

                                                ANDRE M. DAVIS
                                              U. S. DISTRICT JUDGE