IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

    v.  :  Court No. AMD-97-4176

DEBORAH D. WEST

    :

    Defendant.

    :

..............

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, a copy of the foregoing was delivered by first class mail to:

Deborah D. West
110 Chelsea Avenue
Newark, NJ 07106-1202

Thomas F. Corcoran
Assistant United States Attorney